IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:26CR3017** |
| vs. | **CASE**<br>**TELEPHONE CONFERENCE**<br>**INSTRUCTIONS** |
| KYLE SHEPPARD, | |
| Defendant. | |

To facilitate telephone conferences with Magistrate Judge DeLuca, <u>unless the court's order states otherwise</u>, counsel and the defendants shall use the following instructions and codes assigned to this case:

Dial 1-855-244-8681.

Enter the access code 2318 102 2958, then touch the # key.

DATED this 15th day of April, 2026.

BY THE COURT:

*s/ Jacqueline M. Deluca*
United States Magistrate Judge